IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERMAINE W. SHUTTLESWORTH,

    Petitioner,   JUDGMENT IN A CIVIL CASE

v.   Case No. 14-cv-567-jdp

REED RICHARDSON,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Jermaine W. Shuttlesworth's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 11/10/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |