UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2017 JAN 26 AM 10:40

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

JERMAINE W. SHUTTLESWORTH,

                Petitioner-Appellant,

-Vs.-                                          Case No. 14-CV-567-JDP

REED RICHARDSON.

                Respondent.

---

### NOTICE OF APPEAL

---

    Notice is hereby given that Jermaine W. Shuttlesworth, petitioner-appellant pro se, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on this action on the 4th day of January, 2017.

    Dated this 23 day of January, 2017.

                                     *[signature]*
                                   Jermaine W. Shuttlesworth
                                   Petitioner-Appellant, Pro Se

Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500