IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERMAINE W. SHUTTLESWORTH,

      Petitioner,

    v.                          Case No. 14-CV-567-JDP

REED RICHARDSON,

      Respondent.

---

ORDER GRANTING RESPONDENT'S MOTION TO
TRANSFER PHYSICAL CUSTODY OF PETITIONER
JERMAINE W. SHUTTLESWORTH

---

Upon consideration of Respondent Reed Richardson's Motion to Transfer Physical Custody of Petitioner Jermaine W. Shuttlesworth pursuant to Fed. R. App. P. 23,

IT IS ORDERED that, for the reasons stated in Respondent's motion, the Wisconsin Department of Corrections may transfer Shuttlesworth to Jackson Correctional Institution and the custody of Warden Lizzie Tegels.

Dated __JUNE 27__, 2019.

BY THE COURT:

_James D. Peterson_

JAMES D. PETERSON
District Judge